**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAZI ERNEST TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-2902 JMB |
| | ) | |
| HOLLY LEANNE WEBB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Although plaintiff submitted a CJA Financial Affidavit with the motion, the motion is not signed. Under Rule 11 of the Federal Rules of Civil Procedure, "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." As a result, the Court will order the Clerk to return the CJA Financial Affidavit to plaintiff for his signature. If plaintiff fails to sign and return the Financial Affidavit within thirty (30) days of the date of this Order, the Court may dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the CJA Financial Affidavit to plaintiff along with a copy of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall sign and return the CJA Financial Affidavit within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely comply with this Order, this action may be dismissed without prejudice.

Dated this <u>21st</u> day of December, 2017.

/s/ ***John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE
