# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MAZI ERNEST TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CV-2902 JMB |
| ) | |
| HOLLY LEANNE WEBB, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the dismissal of this action. Plaintiff's action was dismissed on February 5, 2018, pursuant to Federal Rule of Civil 41(b) for plaintiff's failure to sign and return a CJA 23 Financial Affidavit. As an exhibit to his motion for reconsideration of the dismissal, plaintiff has attached a signed financial affidavit, as well as an amended complaint. The Court will therefore grant plaintiff's motion. The Clerk will be instructed to reopen the present matter and file plaintiff's financial affidavit and his amended complaint. Plaintiff's motion to proceed in forma pauperis, however, will be denied, as plaintiff has sufficient funds to pay the full filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this action [Doc. #7] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **REOPEN** this action and file the attachments to plaintiff's motion for reconsideration, including plaintiff's signed financial affidavit and plaintiff's amended complaint.

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **DENIED.** Upon consideration of the information in plaintiff's financial affidavit, the Court finds that plaintiff has the financial means to pay the filing fee.

**IT IS FURTHER ORDERED** that plaintiff shall pay the full filing fee of $400.00 **no later than May 26, 2018**.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee as ordered, this case shall be dismissed without prejudice.

**IT IS FURTHER ORDERED** that after payment of the filing fee, plaintiff will be responsible for service of process of the complaint as to all named defendants in this matter.

Dated this 26th day of April, 2018.

```
                                    Ronnie L. White
                                    RONNIE L. WHITE
                                    UNITED STATES DISTRICT JUDGE
```